IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01230-LTB-MJW

PATRICIA LUCIOUS,

Plaintiff,

v.

COLLEEN SCARAMELIA [SIC], and
NANCY SIENKO,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendant's [sic] Motion for Stay (Docket No. 7) is granted.  Discovery is thus stayed pending a ruling by Judge Babcock on this court's Recommendation on United States' Motion to Dismiss (Docket No. 6).  In addition, the Rule 16 Scheduling/Planning Conference set for August 16, 2007, at 9:00 a.m. is vacated.

Date:  July 19, 2007