IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01230-LTB-MJW

PATRICIA LUCIOUS,

    Plaintiff,

v.

COLLEEN SCARAMELIA [SIC], and
NANCY SIENKO,

    Defendants.
_____

## ORDER
_____

This case is before me on the recommendations of the magistrate judge that the United States' Motion to Substitute (Docket No. 11) be granted and that Defendants' Motion to Dismiss (Docket No. 6) be granted and that this action be dismissed without prejudice. The recommendation was issued and served on July 19, 2007. Plaintiff has filed timely written objections to the magistrate judge's recommendations. I have, therefore, reviewed the recommendations *de novo*. On *de novo* review I concluded that the recommendations are correct. Accordingly,

    IT IS ORDERED that the United States' Motion to Substitute (Docket No. 11) is GRANTED.

    IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (Docket No. 6) IS GRANTED and this action is DISMISSED WITHOUT PREJUDICE.

                            BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: August 6, 2007